IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LOUIS ROBIN,**

    **Plaintiff,**

**v.**

**U.S. BANCORP, INC. et al.,**

    **Defendants.**　　　　　　　　　　　　　　**Case No. 07-cv-325-DRH**

## ORDER

**HERNDON, District Judge:**

This matter is now before the Court on Plaintiff's Motion to Dismiss (Doc. 12). The Motion states that the "matter has been settled, compromised and released and may be dismissed, with prejudice, all costs having been paid." Because defendant U.S. Bancorp previously filed its answer(Doc. 7), then pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41**, Plaintiff voluntarily dismiss the action of her own accord, but must seek a Court order of dismissal, pursuant to **Rule 41(a)(2)**. The Court finds the Motion well-taken and therefore **GRANTS** Plaintiff's Motion to Dismiss (Doc. 12). This matter is hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs. The Clerk is directed to enter judgment accordingly and close the case file.

**IT IS SO ORDERED**.

Signed this 13th day of June, 2007.

                                            /s/　　　David　RHerndon
                                          **United States District Judge**