IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LOUIS ROBIN,**

    **Plaintiff,**

  **vs.**                                                                    Cause No.  07-CV-325 DRH

**U.S. BANCORP., INC., et al.,**

    **Defendant**s.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED  with prejudice**.


                                                                  **NORBERT G. JAWORSKI, CLERK**

June 15, 2007                                             By:   s/Patricia Brown
                                                                         Deputy Clerk

APPROVED:  /s/    David   RHerndon
                       **U.S. DISTRICT JUDGE**